101 F.3d 1393
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Robert F. SPIGNER, Plaintiff-Appellant,
v.
The CITY OF NEW YORK, BRONX COUNTY; Commissioner Brown, New
York City Police Department; Police Officer Agron; Police
Officer Fuco; Police Officer McDonnell; Police Office
McNulty, et al., Defendants-Appellees.
 No. 96-2101.
 United States Court of Appeals,
Second Circuit.
 July 25, 1996.
 
 1
 Robert F. Spigner, pro se, Fishkill Correctional Facility, Beacon, New York, for Appellant.
 
 
 2
 Janet L. Zaleon, Assistant Corporation Counsel, Appeals Division, New York City, for Appellee.
 
 
 3
 Present: WINTER, CABRANES, Circuit Judges, MOTLEY, District Judge.*
 
 
 4
 This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was submitted.
 
 
 5
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby affirmed.
 
 
 6
 Robert Spigner, pro se, appeals from Judge Mukasey's order dismissing as untimely Spigner's complaint filed pursuant to 42 U.S.C. § 1983. We affirm for substantially the reasons stated by the district court in its Opinion and Order filed December 18, 1995. Spigner v. City of New York, No. 94-Civ-8015-MBM, 1995 WL 747813 (S.D.N.Y. Dec. 18, 1995).
 
 
 
 *
 The Honorable Constance Baker Motley, United States District Judge for the Southern District of New York, sitting by designation